```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) | NO.  C 09 2120 JSW |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE CASE |
| vs. ) | MANAGEMENT CONFERENCE |
| ) | |
| HANSON BUILDING MATERIALS AMERICA, ) | |
| INC., et al. ) | |
| ) | |
| Defendant. ) | |

IT IS ORDERED that the Case Management Conference in this case set for August 21, 2009 be continued to November ~~20~~ 13, 2009 at 1:30 p.m. in Courtroom 2, 17th Floor, Golden Gate Avenue, San Francisco, CA. However, if Plaintiff does not serve Defendant within 120 days of when this case was filed, Plaintiff will need to make a showing of good cause as to why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).

~~Dated:_____                      Honorable Jeffrey S. White~~

Dated: August 14, 2009

*[Signature: Jeffrey S. White]*
Judge Jeffrey S. White

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE